In the Matter of NATHANIEL C. SMITH, Plaintiff, against MEADER PEN CORPORATION, Defendant.

STATE TAX COMMISSION, Respondent; MEYER KRAUSHAAR, as Receiver of MEADER PEN CORPORATION, Appellant.

Argued January 17, 1939; decided February 21, 1939.

*Meyer Kraushaar* for appellant.

*John J. Bennett, Jr., Attorney-General (Robert P. Beyer* and *Henry Epstein* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.